**Abdo G. ASKER d/b/a Premier Meat Market, Appellant,**

v.

**Kenneth B. STEPHENS et al., Appellees.**

No. 25313.

United States Court of Appeals
Fifth Circuit.

May 20, 1968.

Daniel R. Coffman, Jr., Jacksonville, Fla., for appellant.

Victor E. Raymos, Jacksonville, Fla., for appellees.

Carin Ann Clauss, Atty., Dept. of Labor, Washington, D. C., amicus curiae.

Before POPE,* TUTTLE and CLAYTON, Circuit Judges.

PER CURIAM:

The judgment of the trial court was, in all respects, correct. It is therefore,

Affirmed.

**Henry A. McCLELLAN, Jr. and Janet McClellan, Appellants,**

v.

**Laurie W. TOMLINSON, District Director of Internal Revenue, Appellee.**

No. 25369.

United States Court of Appeals
Fifth Circuit.

May 20, 1968.

Samuel L. Payne, Frank C. Decker, Jacksonville, Fla., for appellants.

* Of the Ninth Circuit, sitting by designation.

Edward F. Boardman, U. S. Atty., Tampa, Fla., Mitchell Rogovin, Asst. Atty. Gen., Richard C. Pugh, Lee A. Jackson, William A. Friedlander, Ann E. Belanger, Attys., Dept. of Justice, Washington, D. C., for appellee.

Before POPE,* TUTTLE and CLAYTON, Circuit Judges.

PER CURIAM:

The judgment is affirmed from the Bench.